UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61729-CIV-DIMITROULEAS

RACHEL MENDELSON, as Personal
Representative of the Estate of JOSHUA    Magistrate Judge Snow
MENDELSON, deceased, etc., et al.

    Plaintiff,

vs.

CITY OF FORT LAUDERDALE, a
municipality, and JONATHAN WELKER,
individually

    Defendant.
_____/

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION

THIS CAUSE is before the Court upon Plaintiffs' Unopposed Motion for Extension of Time [DE-57], filed herein on December 28, 2009.  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Unopposed Motion for Extension of Time [DE-57] is hereby **GRANTED.**  The parties shall have up to and including January 7, 2010 to file Motions in Limine.  Responses to the Motions in Limine shall be filed on or before January 14, 2010.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 29th day of December, 2009.

                                              WILLIAM P. DIMITROULEAS
                                              United States District Judge

Copies furnished to:
Counsel of Record