UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61729-CIV-DIMITROULEAS

RACHEL MENDELSON, as Personal
Representative of the Estate of JOSHUA                    Magistrate Judge Snow
MENDELSON, deceased, etc., et al.

      Plaintiff,

vs.

CITY OF FORT LAUDERDALE, a
municipality, and JONATHAN WELKER,
individually

      Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Defendants City of Fort Lauderdale and Jonathan Welker's Verified Motion to Tax Costs [DE-85], Defendants City of Fort Lauderdale and Jonathan Welker's Supplemental Motion in Accordance with the Court's Order (DE 100) on Defendants' Verified Motion to Tax Costs (DE 85) [DE-101], and the Report and Recommendation of Magistrate Judge Lurana S. Snow, dated July 9, 2010 [DE-102]. The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. LoConte v. Dugger, 847 F. 2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F. 2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises. The Court agrees with the

Magistrate Judge's conclusion that the Motions be granted and that costs in the total amount of $4,145.67 be taxed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE-102] is hereby **ADOPTED** and **APPROVED**;

2. Defendants City of Fort Lauderdale and Jonathan Welker's Verified Motion to Tax Costs [DE-85] and Defendants City of Fort Lauderdale and Jonathan Welker's Supplemental Motion in Accordance with the Court's Order (DE 100) on Defendants' Verified Motion to Tax Costs (DE 85) [DE-101] are hereby **GRANTED** in the amount of $4,145.67 for costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of July, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Snow